# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   NO. 831
                                                :
APPOINTMENTS TO THE JUVENILE    :   SUPREME COURT RULES DOCKET
COURT PROCEDURAL RULES          :
COMMITTEE                       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of February, 2020, the Honorable Andrea Marceca Strong, York County, and Catherine L. Volponi, Esquire, Allegheny County, are hereby appointed as members of the Juvenile Court Procedural Rules Committee for a term of five years, commencing April 1, 2020.